UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: : | |
| : | MAGISTRATE NO: |
| ARREST WARRANT FOR : | |
| : | <u>UNDER SEAL</u> |
| FARZAD DARUI : | |
| : | |

**<u>GOVERNMENT'S MOTION TO SEAL</u>**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court to place under seal, until further order of the Court, the Arrest Warrant, the accompanying Affidavit in Support of an Arrest Warrant, this Motion to Seal, and this Court's Order sealing the aforesaid documents. In support of this motion, the United States represents the following:

The affidavit in support of the warrant in this matter contains sensitive law enforcement information regarding an ongoing criminal investigation. If such information were made public at this time, it would impede the ongoing investigation by alerting persons suspected of engaging in criminal conduct of undercover law enforcement activity and other information known to law enforcement. Such premature public disclosure could compromise the ongoing investigation and could undermine the development of evidence in this matter. *See United States v. Hubbard*, 650 F.2d 293, 208 U.S. App. D.C. 399 (D.C. Cir. 1981); *In re Sealed Affidavits*, 600 F.2d 1256 (9th Cir. 1979); *Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1975). *Cf. In re Search Warrants issued on May 21, 1987*, 1990 WL 113874 (D.D.C. 1990) (information released after the government agreed there was no further need for secrecy). There is, therefore, a compelling governmental interest in maintaining the affidavit under seal. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir 1991) .

WHEREFORE, the government respectfully requests that this motion be granted.

                          Respectfully submitted,

                          JEFFREY A. TAYLOR
                          D.C. Bar No.498610
                          United States Attorney

                          _____

                          Ronald W. Sharpe
                          Assistant United States Attorney
                          Fraud and Public Corruption
                          555 4th Street NW
                          Washington, DC 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: |
| | : | |
| v. | : | |
| | : | |
| **FARZAD DARUI,** | : | **UNDER SEAL** |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the Government's Motion to Seal the Arrest Warrant, the accompanying Affidavit in Support of an Arrest Warrant, this Motion to Seal, and this Court's Order sealing the aforesaid documents, and the representations therein, it is this _____ day of October 2006,

**ORDERED**, that the government's Motion and Request is **GRANTED;** and it is

**FURTHER ORDERED**, that the Motion and Request, and this Order, shall be placed under seal.

---

MAGISTRATE JUDGE
United States District Court Judge

Copies to:

Ronald W. Sharpe
Assistant United States Attorney
555 Fourth Street, N.W.
Room 5828
Washington, D.C.  20530