UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                   :        Criminal No.: 0 6 - 4 3 4 - M - 01

            v.                                       :

FARZAD DARUI,                              :        UNDER SEAL

      Defendant.                              :

**FILED**

**OCT 1 2 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Government's Motion to Seal the Complaint and the accompanying Affidavit in Support of an Arrest Warrant, this Motion to Seal, and this Court's Order sealing the aforesaid documents, and the representations therein, it is this OCT 1 2 2006 day of October 2006,

ORDERED, that the government's Motion and Request is **GRANTED**; and it is

FURTHER ORDERED, that the Motion and Request, and this Order, shall be placed under seal.

_____
MAGISTRATE JUDGE
United States District Court Judge
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Copies to:

Ronald W. Sharpe
Assistant United States Attorney
555 Fourth Street, N.W.
Room 5828
Washington, D.C.  20530