AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | **FILED** | UNDER SEAL |
|---|---|---|
| v. | OCT 1 3 2006 | **WARRANT FOR ARREST** |
| FARZAD DARUI | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | CASE NUMBER: 06 - 434 - M - 01 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  FARZAD DARUI
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

devising and participating in a scheme to defraud and to obtain money and property through materially false representations, pretenses and promises, and for the purpose of executing said scheme and attempting to do so, causing to be sent, delivered and moved by United States Postal Service, mail matter including monthly bank statements and returned or cancelled checks,

in violation of Title  18  United States Code, Section(s) § 1341

| DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | OCT 12 2006   District of Columbia |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $  HWDB   by  [signature]
                                      Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED 10-13-06 | NAME AND TITLE OF ARRESTING OFFICER  R Baldwin /SDUSM for arresting officer of MPD | SIGNATURE OF ARRESTING OFFICER R Baldwin DUSM |
| DATE OF ARREST 10-13-06 | | |