CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

Criminal No. 1:06-mj-434

FARZAD DARUI
        Defendant

NOTICE OF APPEARANCE

TO: Clerk of the Court

Please enter the appearance of retained attorney Victoria Toensing in addition to Joseph diGenova of the law firm diGenova & Toensing, LLP on behalf of Defendant Farzad Darui in the above-referenced matter.

        Respectfully Submitted,

        _____
        Victoria Toensing
        diGenova & Toensing, LLP
        1776 K Street, NW, Ste. 737
        Washington, DC 20006
        (202)289-7701
        DC Bar ID No.: 304980